# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BERYL AMEDEE, GENA GORE,
LENAR WHITNEY AND REPUBLICAN
PARTY OF LOUISIANA

NO.  2019 CW 1695

VERSUS

R. KYLE ARDOIN IN HIS
OFFICIAL CAPACITY AS
LOUISIANA SECRETARY OF STATE
AND THE STATE OF LOUISIANA

**JANUARY 06, 2020**

---

In Re:    Beryl Amedee, Gena Gore, Lenar Whitney and Republican
          Party of Louisiana, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 691327.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND BURRIS,[1] JJ.**

    **WRIT GRANTED.** The plaintiffs demonstrated a likelihood of
success on the merits; therefore, we reverse the district
court's December 20, 2019 ruling that denied plaintiffs' request
for a preliminary injunction and issue a preliminary injunction,
enjoining R. Kyle Ardoin in his official capacity as Louisiana
Secretary of State and the State of Louisiana from conducting
qualifying for or elections for seats on the Republican State
Central Committee pursuant to La. R.S. 18:443.1(A), until such
time as a trial on the request for permanent injunction.

JMG
GH
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.